STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Zebulon M. Winstead
Crowell and Owens
P. O. Box 330
Alexandria LA 71309-0330

REHEARING ACTION: April 6, 2016

**Docket Number: 15   00923-CA**

**SUCCESSION OF
RUSSELL LEAVINES**

**Appealed from Rapides Parish Case No. 40234**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux
Hon. Sylvia R. Cooks
Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Mayme Holt Brown** has this day been

**DENIED.**

cc: Victor Herbert Sooter, Counsel for the Appellee